IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| JAMES E. SHELTON, | Case No. 1:19-cv-1026 |
| Plaintiff, | |
| v. | Judge Benita Y. Pearson |
| HEALTH INSURANCE INNOVATIONS, INC. | |
| Defendant. | |

## DEFENDANT HEALTH INSURANCE INNOVATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Health Insurance Innovations, Inc. ("Defendant"), respectfully moves the Court for a fourteen (14) day extension of its deadline to respond to Plaintiff's Complaint—that is, until May 28, 2019—in order to fully analyze, investigate, address, and respond to the issues set forth in the Complaint. No other extensions have been requested or granted. Counsel for Defendant has conferred with counsel for Plaintiff who has indicated that Plaintiff does not oppose the requested extension. A memorandum in support of this motion is attached hereto.

    Respectfully submitted,

    /s/ Jolene S. Griffith
    Dan L. Cvetanovich (0021980)
    Jolene S. Griffith (0084940)
    Bailey Cavalieri LLC
    10 West Broad Street, Suite 2100
    Columbus, Ohio 43215-3422
    Telephone No.: (614) 221-3155
    Facsimile: (614) 221-0479
    E-Mail: DCvetanovich@baileycav.com
           JGriffith@baileycav.com

    Counsel for Defendant

Cory W. Eichhorn (*pro hac vice* motion
to be filed)
Florida Bar No. 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7576
Email: Cory.Eichhorn@hklaw.com

## **MEMORANDUM IN SUPPORT**

Defendant Health Insurance Innovations, Inc. ("Defendant"), respectfully moves the Court for a fourteen (14) day extension of its deadline to respond to Plaintiff's Complaint. Defendant's current deadline to respond to the Complaint is May 14, 2019. Defendant seeks a brief extension of its deadline to respond to the Complaint—that is, until May 28, 2019—in order to fully analyze, investigate, address, and respond to the issues set forth in the Complaint. No other extensions have been requested or granted. Counsel for Defendant has conferred with counsel for Plaintiff who has indicated that Plaintiff does not oppose the requested extension. As such, Defendant respectfully requests that the Court extend its deadline to respond to the Complaint until May 28, 2019.

          Respectfully submitted,

          /s/ Jolene S. Griffith
          Dan L. Cvetanovich (0021980)
          Jolene S. Griffith (0084940)
          Bailey Cavalieri LLC
          10 West Broad Street, Suite 2100
          Columbus, Ohio 43215-3422
          Telephone No.: (614) 221-3155
          Facsimile: (614) 221-0479
          E-Mail: DCvetanovich@baileycav.com
                    JGriffith@baileycav.com

          Counsel for Defendant

Cory W. Eichhorn (*pro hac vice* motion
to be filed)
Florida Bar No. 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7576
Email: Cory.Eichhorn@hklaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant Health Insurance Innovations, Inc.'s Unopposed Motion for Extension of Time was served upon Plaintiff by sending a copy of it to Plaintiff's attorney, Bryan Anthony Reo, Reo Law LLC, P.O. Box 5100, Mentor, Ohio 44061, by first-class, United States mail, postage pre-paid, this 14th day of May 2019.

<pre>                                        /s/ Jolene S. Griffith
                                        Jolene S. Griffith (0084940)</pre>

#1689157