### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISON

| | |
|---|---|
| **JAMES SHELTON**<br>11304 Hessler Road<br>Cleveland, OH 44106<br><br>   Plaintiff,<br><br>  v.<br><br>**HEALTH INSURANCE INNOVATIONS**<br>15438 N. Florida Avenue Suite 201<br>Tampa, FL 33613<br><br>   Defendant. | Case No. 1:19-cv-1026<br><br>Hon. Benita Y. Pearson |

**REO LAW, LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
  *Attorney for James Shelton*

### PLAINTIFF'S NOTICE OF SETTLEMENT

NOW COMES James Shelton (Plaintiff), by and through the undersigned attorney, and hereby provides notice to this honorable Court that the parties have reached a mutually agreeable settlement and are working to prepare a written memorialization of the agreement articulated in an exchange of communications and that the parties anticipating providing the court with a stipulation or notice of dismissal within 30 days. Accordingly, the parties respectfully request that all upcoming court events be canceled or rescheduled as the termination of this case is imminent.

RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO
Bryan Anthony Reo (#0097470)
Reo Law LLC
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for James Shelton*

## Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on November 18, 2019, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO
**REO LAW LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for James Everett Shelton*

2