IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

JAMES E. SHELTON,

    Plaintiff,

  v.

HEALTH INSURANCE INNOVATIONS, INC.

    Defendant.

Case No. 1:19-cv-1026-BYP

Judge Benita Y. Pearson

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James E. Shelton and Defendant Health Insurance Innovations, Inc., by and through their respective counsel, hereby stipulate that all of Plaintiff's claims in this action are dismissed with prejudice.  Plaintiff and Defendant each to bear their own court costs.

Respectfully Submitted,

/s/ Bryan Anthony Reo by Jolene S. Griffith
Per authorization
Bryan Anthony Reo
Reo Law LLC
P.O. Box 5100
Mentor, Ohio 44061
Telephone:  (216) 505-0811
Email:  reo@reolaw.org

*Attorney for Plaintiff James E. Shelton*

/s/ Jolene S. Griffith
Dan L. Cvetanovich (0021980)
Jolene S. Griffith (0084940)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone: 614-221-3303
dcvetanovich@baileycav.com
jgriffith@baileycav.com

Cory W. Eichhorn (*pro hac vice* motion to be filed)
Florida Bar No. 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone:  (305) 789-7576
Cory.Eichhorn@hklaw.com
*Attorneys for Defendant Health Insurance Innovations, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Stipulation of Dismissal of All Claims with Prejudice was served upon Plaintiff by sending a copy of it to Plaintiff's attorney, Bryan Anthony Reo, Reo Law LLC, P.O. Box 5100, Mentor, Ohio 44061, by first-class, United States mail, postage pre-paid, this 17th day of December 2019.

                                              /s/ Jolene S. Griffith
                                              Jolene S. Griffith (0084940)

#1755020