Approved.
/s/ *Benita Y. Pearson* on 1/3/2020
United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| JAMES E. SHELTON, | |
| Plaintiff, | Case No. 1:19-cv-1026-BYP |
| v. | Judge Benita Y. Pearson |
| HEALTH INSURANCE INNOVATIONS, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James E. Shelton and Defendant Health Insurance Innovations, Inc., by and through their respective counsel, hereby stipulate that all of Plaintiff's claims in this action are dismissed with prejudice. Plaintiff and Defendant each to bear their own court costs.

Respectfully Submitted,

/s/ Bryan Anthony Reo by Jolene S. Griffith
Per authorization
Bryan Anthony Reo
Reo Law LLC
P.O. Box 5100
Mentor, Ohio 44061
Telephone: (216) 505-0811
Email: reo@reolaw.org

*Attorney for Plaintiff James E. Shelton*

/s/ Jolene S. Griffith
Dan L. Cvetanovich (0021980)
Jolene S. Griffith (0084940)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone: 614-221-3303
dcvetanovich@baileycav.com
jgriffith@baileycav.com

Cory W. Eichhorn (*pro hac vice* motion to be filed)
Florida Bar No. 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7576
Cory.Eichhorn@hklaw.com
*Attorneys for Defendant Health Insurance Innovations, Inc.*